447 A.2d 655

Commonwealth v. Pierce, Appellant.

Petition for Allowance of Appeal Denied Oct. 8, 1982.

Submitted April 13, 1982. Vincent J. Roskovensky, II, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order and judgment of sentence affirmed.

447 A.2d 656

Commonwealth v. Reaves, Appellant.

Argued December 2, 1980. Karl Baker, Assistant Public Defender, for appellant; Ellen Mattleman, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Order affirmed.